# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.* |
| --- |

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
| --- | --- | --- |
| **70 Huntington Street, New London, CT 06320** | **( 860 ) 443 − 5363** | **02/28/2023** |

| ☒ Judicial District | G.A. | At *(City/Town)* | Case type code *(See list on page 2)* | |
| --- | --- | --- | --- | --- |
| ☐ Housing Session | Number: | **New London** | Major: **M** | Minor: **90** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
| --- | --- |
| **Suisman, Shapiro, Wool, Brennan, Gray & Greenberg, P.C.** | **062114** |

| Telephone number | Signature of plaintiff *(if self-represented)* |
| --- | --- |
| **( 860 ) 442 − 4416** | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* **snassetta@sswbgg.com** |
| --- | --- |

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
| --- | --- | --- |
| **First plaintiff** | Name: **Dagenais, Hannah**<br>Address: **190 Main Street, Moosup, CT 06354** | **P-01** |
| **Additional plaintiff** | Name:<br>Address: | **P-02** |
| **First defendant** | Name: **Wal-Mart Stores East, L.P.  c/o Agent for Service: CT Corporation System**<br>Address: **67 Burnside Ave., East Hartford, CT 06108-3408** | **D-01** |
| **Additional defendant** | Name:<br>Address: | **D-02** |
| **Additional defendant** | Name:<br>Address: | **D-03** |
| **Additional defendant** | Name:<br>Address: | **D-04** |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
| --- | --- | --- |

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
**The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court | Name of person signing | |
| --- | --- | --- | --- | --- |
| **01/25/2023** | | ☐ Clerk | **Samuel M. Nassetta** | |

| If this summons is signed by a Clerk: | For Court Use Only |
| --- | --- |
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts. | File Date |
| b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law. | |
| c. The court staff is not permitted to give any legal advice in connection with any lawsuit. | |
| d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
| --- | --- | --- | --- |

**Instructions**

1. *Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.*
2. *If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.*
3. *Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.*
4. *After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.*
5. *Use this summons for the case type codes shown below.*

   *Do not use this summons for the following actions:*

   (a) *Family matters (for example divorce, child support, custody, parentage, and visitation matters)*
   (b) *Any actions or proceedings in which an attachment, garnishment or replevy is sought*
   (c) *Applications for change of name*
   (d) *Probate appeals*
   (e) *Administrative appeals*
   (f) *Proceedings pertaining to arbitration*
   (g) *Summary Process (Eviction) actions*
   (h) *Entry and Detainer proceedings*
   (i) *Housing Code Enforcement actions*

**Case Type Codes**

| MAJOR DESCRIPTION | CODE Major/ Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/ Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | | T 03 | Defective Premises - Private - Other |
| | C 90 | All other | | T 11 | Defective Premises - Public - Snow or Ice |
| Eminent Domain | E 00 | State Highway Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 10 | Redevelopment Condemnation | | T 20 | Products Liability - Other than Vehicular |
| | E 20 | Other State or Municipal Agencies | | T 28 | Malpractice - Medical |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 29 | Malpractice - Legal |
| | E 90 | All other | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| Miscellaneous | M 00 | Injunction | | T 90 | All other |
| | M 10 | Receivership | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 20 | Mandamus | | V 05 | Motor Vehicles* - Property Damage only |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 40 | Arbitration | | V 09 | Motor Vehicle* - All other |
| | M 50 | Declaratory Judgment | | V 10 | Boats |
| | M 63 | Bar Discipline | | V 20 | Airplanes |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 30 | Railroads |
| | | | | V 40 | Snowmobiles |
| | M 68 | Bar Discipline - Inactive Status | | V 90 | All other |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

RETURN DATE:  FEBRUARY 28, 2023  :   SUPERIOR COURT

HANNAH DAGENAIS       :   J.D. OF NEW LONDON

V.             :   AT NEW LONDON

WAL-MART STORES EAST, L.P.   :   JANUARY 25, 2023

<h3 style="text-align:center">COMPLAINT</h3>

## I. BACKGROUND

1. The plaintiff, Hannah Dagenais ("Dagenais"), is a female who resides at 180 River Road in Lisbon Connecticut.

2. The defendant, Wal-Mart Stores East, L.P. ("Walmart"), is an American multinational retail corporation company with a place of business located at 180 River Road, Lisbon, Connecticut.

3. The plaintiff worked for the defendant at its Lisbon location at 180 River Road in Lisbon, Connecticut.

4. The plaintiff began her employment with the defendant in or around March of 2020 as a "clean team member".

5. Approximately two months after her start date, the plaintiff transferred to the electronics department and in August of 2020, she moved to the automotive department.

{!02560761.DOCX; v.}

6.      On or about December 22, 2021, at approximately 3:30 pm, the plaintiff was torqueing a tire on a truck and after completing that task, she got up to bring the torque stick back to where it was stored.

7.      While the plaintiff was bringing the Torque stick back, Kelvin Melendez walked past the plaintiff and grabbed her left breast.

8.      The plaintiff did not know what to do about the situation because this had never happened to her before and she was in shock.

9.      The plaintiff immediately walked up to her coworker Janeska Vargas ("Vargas") and told her what had happened.

10.     Shortly after telling Vargas what had happened, another coworker came up to the plaintiff and asked her what had happened and she explained the situation to him.

11.     When the plaintiff got home that day, she called another one of her co-workers, Kyle Harrelle ("Harrelle") and told him about the incident.

12.     Harrelle told the plaintiff that she was crazy for not reporting the incident and Harrelle called the plaintiff's manager the next day and told her that Melendez had sexually assaulted the plaintiff.

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.  THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320  TEL (800) 442-4416    JURIS NO 62114

13.    The following day at work, the plaintiff reported the incident to management and they told her that the investigation would take a while because of the upcoming holiday.

14.    The plaintiff was hoping that someone from Walmart would look at the tapes from the day of the incident prior to doing a full investigation, so that they could see what happened and take measures to protect her from Melendez.

15.    Approximately a week after reporting the incident, the plaintiff called a State Trooper from Troop E and had him come down to speed up the investigation.

16.    The State Trooper came down and the next day management sent Melendez home on leave for about 3 weeks while they investigated the incident.

17.    Approximately one month later, without warning the plaintiff, Walmart brought Melendez back to work.

18.    When the plaintiff noticed that Melendez was back at work, she walked up to her manager and asked her about the situation.

19.    The manager told the plaintiff that she could not speak to her about the investigation but she would have the plaintiff's store manager talk to her.

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C. THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320   TEL (800) 442-4416    JURIS NO 62114

20.     Towards the end of the plaintiff's shift, her store manager pulled her into the automotive office with two other managers in the room.

21.     The plaintiff's store manager told her that Melendez would be returning to work and she would be required to work with him if she wanted to stay in the automotive department.

22.     The plaintiff's store manager followed up by telling her that if she was uncomfortable working alongside Melendez, then she could switch departments.

23.     At the time of the incident, the plaintiff had been working at Walmart for approximately a year and a half, and Melendez had only been working there for about three weeks.

24.     The plaintiff was the victim of sexual assault and she was in shock when her store manager told her that if she felt uncomfortable working alongside her attacker, then she would need to switch departments.

25.     The plaintiff was terrified to be around Melendez and Walmart did nothing to protect her.

26.     On or about February 12, 2022, the plaintiff resigned from her position at Walmart because she could not work alongside Melendez as she feared for her safety.

{!02560761.DOCX; v.}                      4

…

27.    As a result of being sexually harassed and assaulted by her coworker and being forced to work alongside the person who harassed and assaulted her, the plaintiff has suffered from post-traumatic stress disorder, anxiety and severe emotional distress.

## II.    EXHAUSTION OF REMEDIES

28.    The plaintiff filed a claim against Wal-Mart Stores East, L.P. with the Connecticut Commission on Human Rights and Opportunities ("CHRO"), which was assigned CHRO Number 2240319.

29.    The CHRO issued a release of jurisdiction ("ROJ") with respect to CHRO No. 2240319, on October 28, 2022, a true and complete copy of which is attached hereto at Exhibit A.

30.    This complaint is being filed less than 90 days after the issuance of the ROJ and, as such, all conditions precedent to this lawsuit have been met.

**COUNT ONE**
**Sexual Harassment In Violation of CFEPA 46a-60(b)(8)**

1-30    The plaintiff re-alleges and incorporates by reference paragraphs 1-30 as if fully stated.

31.    By the above facts and practices, the defendant has sexually harassed the Plaintiff in violation of the Connecticut Fair Employment Practices Act.

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C. THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320  TEL (800) 442-4416   JURIS NO 62114

32.    The plaintiff has and will continue to suffer damages, including but not limited to, past and future lost wages and fringe benefits, interest, emotional and psychological distress, loss of reputation, loss of earning capacity and loss of ability to enjoy life's pleasures and activities.

33.    The defendant has engaged in these discriminatory practices with malice and reckless indifference to the Plaintiff's rights protected under state and federal law.

## COUNT TWO
**Retaliation In Violation of CFEPA 46a-60(b)(8)**

1-30   The plaintiff re-alleges and incorporates by reference paragraphs 1-30 as if fully stated.

34.    By the above facts and practices, the defendant has sexually harassed the Plaintiff in violation of the Connecticut Fair Employment Practices Act.

35.    The plaintiff has and will continue to suffer damages, including but not limited to, past and future lost wages and fringe benefits, interest, emotional and psychological distress, loss of reputation, loss of earning capacity and loss of ability to enjoy life's pleasures and activities.

36.    The defendant has engaged in these discriminatory practices with malice and reckless indifference to the plaintiff's rights protected under state and federal law.

{!02560761.DOCX; v.}                    6

## COUNT THREE
**(Constructive Discharge in Violation of Public Policy C.G.A. Section 31-49)**

1-30    The plaintiff re-alleges and incorporates by reference paragraphs 1-30 as if fully stated.

37.    Connecticut General Statutes Section 31-49, sets forth an aspect of Connecticut's public policy with respect to the employer's duty to its employees.

38.    The statute states:

> [I]it shall be the duty of the master to exercise reasonable care to provide for his servant a reasonably safe place in which to work, reasonably safe appliances and instrumentalities for his work and fit and competent persons as his colaborers and to exercise reasonable care in the appointment or designation of a vice principal and to appoint as such vice principal a fit and competent person. The default of a vice principal in the performance of any duty imposed by law on the master shall be the default of the master.

39.    The defendant's actions violated the public policy embedded in Section 31-49 in that it failed to provide a fit and competent co-laborers, in the persons of Melendez to the plaintiff.

40.    The plaintiff had to resign after the defendant forced her to work alongside the employee who sexually assaulted her.

{!02560761.DOCX; v.}                    7

41.     Instead of protecting the plaintiff from Melendez, they forced her to work with him and told her that if she did not she would have to resign.

Wherefore, the plaintiff demands the following:

1.  Compensatory damages;

2.  Punitive damages;

3.  Attorney's fees and costs;

4.  Such other and further relief as may be just and equitable.

<div style="text-align:right">

The Plaintiff,
Hannah Dagenais

</div>

By:    442052
Samuel M. Nassetta
Suisman, Shapiro, Wool, Brennan,
Gray & Greenberg, P.C.
SNassetta@sswbgg.com
Her Attorneys

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.  THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320  TEL (800) 442-4416    JURIS NO 62114

RETURN DATE:  FEBRUARY 28, 2023          :          SUPERIOR COURT

HANNAH DAGENAIS                          :          J.D. OF NEW LONDON

V.                                       :          AT NEW LONDON

WAL-MART STORES EAST, L.P.               :          JANUARY 25, 2023

### STATEMENT OF AMOUNT IN DEMAND

    1.  The amount, legal interest or property in demand is Fifteen Thousand and 00/100 Dollars ($15,000.00), or more, exclusive of interest and costs.

    2.  The Plaintiff claims fair, just, and reasonable damages.

<div style="margin-left: 50%;">

THE PLAINTIFF,
Hannah Dagenais

By:   442052_____
Samuel M. Nassetta
Suisman, Shapiro, Wool, Brennan,
Gray & Greenberg, P.C.
SNassetta@sswbgg.com
Her Attorneys

</div>

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.  THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320  TEL (800) 442-4416    JURIS NO 62114

# EXHIBIT A

# STATE OF CONNECTICUT
# COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

**Hannah Dagenais**
**COMPLAINANT**

CHRO No. 2240319
vs.                                                    EEOC No. 16A202200796

**Walmart Supercenter**
**RESPONDENT**

## RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint. The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Respondent transacts business or in which the Complainant resides. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought pursuant to this release must be served on the Commission at ROJ@ct.gov or at 450 Columbus Blvd., Suite 2, Hartford, CT 06103 at the same time all other parties are served. Electronic service is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

*Tanya A. Hughes*

**DATE:  October 28, 2022**          Tanya A. Hughes, Executive Director

cc:
    Complainant's Attorney: Samuel Nassetta, Esq.
               Suisman Shapiro
               snassetta@sswbgg.com

    Respondent's Attorney: Lindsay Rinehart, Esq.
               Littler Mendelson
               lrinehart@littler.com

    Case File