**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| HANNAH DAGENAIS, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:23-cv-00241 (SVN) |
| WAL-MART STORES EAST, LP, | : |
| Defendant. | : |

## JUDGMENT

This action having come before the Court for consideration of the Defendant's motion for summary judgment before the Honorable Sarala V. Nagala, United States District Judge; and

The Court having considered the motion and the full record of the case including applicable principles of law, and having granted the Defendant's motion on July 23, 2024; it is hereby,

ORDERED, ADJUDGED, and DECREED that judgment be and is hereby entered in favor of the Defendant.

Dated at Hartford, Connecticut, this 24th day of July, 2024.

DINAH MILTON KINNEY, Clerk

By: /s/ Samantha Bergeson
Samantha Bergeson
Deputy Clerk

Entered on Docket: 7/24/2024